**Order entered August 30, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00814-CV

## IN RE GAREN KEITH WYATT, Relator

**Original Proceeding from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-00019**

## ORDER
Before Justices Bridges, Osborne, and Carlyle

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

We **DENY** relator's motion for emergency stay as moot.


/s/     DAVID L. BRIDGES
          JUSTICE